IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KARLA J. GOUCHENOUER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 16-cv-551-CJP[1] |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM AND ORDER**

**PROUD, Magistrate Judge:**

This matter is now before the Court on plaintiff's Motion for Voluntary Dismissal With Prejudice.  **(Doc. 24)**.

Through counsel, plaintiff moves the Court to dismiss her case because counsel has determined that plaintiff would not be able to meet her burden to obtain a reversal of the denial of her claim for disability benefits.  Counsel represents that he has advised plaintiff of his recommendation that this case be dismissed and the reasons for that recommendation, and that she has given him permission to file this motion.

Plaintiff's counsel is very experienced in handling social security disability matters and is very knowledgeable in that area.  This Court is confident that counsel's evaluation of the merits of plaintiff's case is correct.

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  See, Doc. 11.

1

For good cause shown, plaintiff's Motion for Voluntary Dismissal With Prejudice **(Doc. 24)** is **GRANTED**.

This action is dismissed with prejudice.

The Clerk of Court is directed to enter judgment in favor of defendant.

**IT IS SO ORDERED.**

**DATED:  October 20, 2016.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**