# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KARLA J. GOUCHENOUER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil No.  16-cv-551-CJP |
| **CAROLYN W. COLVIN,** | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 25), this action is dismissed with prejudice.

Judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Karla J. Gouchenouer.

DATED:   October 20, 2016

>     JUSTINE FLANAGAN,
>     Acting Clerk of Court
>
>     BY: s/Caitlin Fischer
>             Deputy Clerk

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**